ACCEPTED
03-15-00113-CV
5401581
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/22/2015 2:54:20 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00113-CV

# In the Court of Appeals
# for the Third Judicial District
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/22/2015 2:54:20 PM
JEFFREY D. KYLE
Clerk

EMC CORPORATION,
*Appellant,*

v.

GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS, AND KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS, *Appellees.*

On Appeal from the 353rd Judicial District Court,
Travis County, Texas

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLEES' BRIEF**

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellees Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas, move to extend the time to file the appellees' brief by 30 days, from the current deadline of June 1, 2015, to a proposed new deadline of July 1, 2015.

## I.

The clerk's record was filed on April 22, 2015, setting the initial deadline for the appellant's brief on May 22, 2015. Appellant timely filed its brief on April 30, 2015.

## II.

The current deadline for appellees' brief is June 1, 2015.

## III.

Appellees now request a 30-day extension of the time to file their brief. No prior extension of this deadline has been requested or granted.

## IV.

This extension is necessary because, during the current period for preparing appellees' brief, appellees' lead counsel has been or will be responsible for (1) assisting in drafting the motion to dismiss in *Wal-Mart Stores, Inc. v. Texas Alcoholic Beverage Commission*, No. D-1-GN-15-000617 (419th Dist. Ct.—Travis County) (filed May 5, 2015); (2) assisting in drafting the motion to dismiss and incorporated memorandum of law in *Wal-Mart Stores, Inc. v. Texas Alcoholic Beverage Commission*, No. 1:15-cv-00134-RP (W.D. Tex.) (filed May 5, 2015); (3) assisting in drafting the petition for a writ of certiorari in *Frezza v. Montaño*, No. 35,214 (N.M. S. Ct.) (filed May 18, 2015);

(4) preparing to present oral argument in *Graphic Packaging Corporation v. Hegar*, No. 03-14-00197-CV (Tex. App.—Austin) (to be argued June 3, 2015); and (5) drafting the appellees' brief in *Machete Productions, L.L.C. v. Page*, No. 15-50120 (5th Cir.) (due June 24, 2015). This extension is not sought for delay, and no party will be prejudiced if it is granted.

## V.

Appellant does not oppose this extension motion.

### PRAYER

Appellees Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas, respectfully request that the Court grant this motion and extend the deadline for filing appellees' brief to July 1, 2015.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

SCOTT A. KELLER
Solicitor General

CHARLES E. ROY
First Assistant Attorney
  General

/s/ Rance Craft
RANCE CRAFT
Assistant Solicitor General
State Bar No. 24035655

JAMES E. DAVIS
Deputy Attorney General for
  Civil Litigation

CHARLES K. ELDRED
Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-2872
(512) 474-2697 [fax]
rance.craft@texasattorneygeneral.gov

*Counsel for Appellees*

4

**CERTIFICATE OF CONFERENCE**

I conferred with Doug Sigel, lead counsel for appellant, regarding the foregoing motion.  He advised that his client does not oppose the motion.

/s/ Rance Craft
Rance Craft

**CERTIFICATE OF SERVICE**

On May 22, 2015, this **Unopposed Motion for Extension of Time to File Appellees' Brief** was served by File & Serve Xpress on:

Doug Sigel
RYAN LAW FIRM, LLP
100 Congress Avenue, Suite 950
Austin, Texas 78701
doug.sigel@ryanlawllp.com

*Lead Counsel for Appellant*
*EMC Corporation*

/s/ Rance Craft
Rance Craft